**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**04-0713**


**ALONZA HENDERSON, ET AL.**

**VERSUS**

**LAFAYETTE PARISH SCHOOL BOARD, ET AL.**


************

APPEAL FROM THE
15TH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NO. 20033244,
HONORABLE DURWOOD CONQUE, DISTRICT JUDGE

************

**JIMMIE C. PETERS**
**JUDGE**

************

Court composed of Jimmie C. Peters, Michael G. Sullivan, and John B. Scofield,[*]
Judges.


**AFFIRMED.**


**L. Clayton Burgess**
**Attorney at Law**
**Post Office Drawer 5250**
**Lafayette, LA 70502-5250**
**(337) 234-7573**
**COUNSEL FOR PLAINTIFFS/APPELLANTS:**
    **Alonza Henderson, et al.**

---

[*] John B. Scofield participated in this decision by appointment of the Louisiana Supreme Court as judge pro tempore.

**Jeanne M. Bourque**
**Attorney at Law**
**Versailles Center**
**102 Versailles Blvd., Suite 400**
**Post Office Drawer 94-C**
**Lafayette, LA  70509**
**(337) 237-6062**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
    **Lafayette Parish School Board, et al.**